Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Alex Curet            **Case Number:** 0101 1:07CR10411

**Name of Sentencing Judicial Officer:** Honorable Nathaniel M. Gorton, U.S. District Judge

**Date of Original Sentence:** February 02, 2010

**Original Offense:** CONSPIRACY TO DISTRIBUTE NARCOTICS 21:846=ND.F

**Original Sentence:** 174 Months of custody followed by 192 Months supervised release; Amended to time served (79 months of custody) followed by 6 years of supervised release on June 26, 2014

**Type of Supervision:** Term Of Supervised Release     **Date Supervision Commenced:** June 26, 2014

---

## NON-COMPLIANCE SUMMARY

**Violation Number**     **Nature of Noncompliance**

I     **Violation of Standard Condition 11:** The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

On October 31, 2016, Boston Police Officers performed a routine motor vehicle stop, and identified the parties in the vehicle as Bihlal Bell, Raul Williams, and Alexander Curet. Both Mr. Bell and Mr. Williams are known Orchard Park gang members. All parties were released.

Mr. Curet failed to notify the probation office of this law-enforcement contact.

II     **Violation of Standard Condition 9:** The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

As stated above, Mr. Curet was found by Boston Police Officers to be associating with Bihlal Bell and Raul Williams, who are both known Orchard Park gang members. Criminal history record checks reveal that Mr. Bell is a convicted felon and Mr. Williams has several felony offenses pending adjudication.

**U.S. Probation Officer Action:**

The probation office respectfully requests no court action at this time. Mr. Curet has been reinstructed on his conditions of supervision and put on notice with regard to any ongoing violations of this nature. Additionally, Mr. Curet has since been accepted for a transfer of supervision to the Rhode Island U.S. Probation Office. The District of Rhode Island U.S. Probation Officer is aware of the above-noted violations and in agreement with the

Prob 12A -2- Report on Offender Under Supervision

request for no court action at this time. The probation office will continue to monitor the case closely and keep The Court apprised of any further violation conduct.

Reviewed/Approved by:

/s/ Basil F Cronin
Basil F Cronin
Supervision U.S. Probation Officer

Respectfully submitted,

/s/ Erin K Hennemann
by Erin K Hennemann
U.S. Probation Officer
Date: 12/21/2016

*No Response is necessary unless the court directs that additional action be taken as follows:*

[✗] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

*/s/ NM Gorton*, USDJ
Signature of Judicial Officer

12/23/16
Date